IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES L. HENDRIX, SR.,

        Appellant,

v.

KELLY STEEL OF FLORIDA/
ARGONAUT INSURANCE,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4677

Opinion filed April 6, 2015.

An appeal from an order of the Judge of Compensation Claims.
William R. Holley, Judge.

Date of Accident: January 7, 1982.

E. Clayton Harland, II, John J. Rahaim, II, and Amie DeGuzman, Jacksonville, for
Appellant.

Carla C Wester of Moore, Ingram, Johnson & Steele, LLP, Jacksonville, for
Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, ROWE, and SWANSON, JJ., CONCUR.